

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:            01-18-00650-CV

Trial Court Cause
Number:                  681719-0101Z

Style:                   In re Commitment of Bradley James Manuel

Date motion filed[*]:    July 25, 2019

Type of motion:          Motion for Rehearing

Party filing motion:

Document to be filed:

Is appeal accelerated? ☐ YES    ☐ NO

Ordered that motion is:

☐ Granted

       If document is to be filed, document due:

       ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
       ☐ Acting individually    ☒ Acting for the Court

Panel consists of Chief Justice Radack and Justice Hightower.

Date:  February 13, 2020